IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA-SHON L. GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, JEFF MILLER, LINDA CUNNINGHAM, JOAN HILL, SUSAN KRAFT MANN, BRAD FEGLEY, and CARMEN SIRIZZOTTI,<br><br>Defendants. | 8:24CV217<br><br>ORDER ON UNOPPOSED MOTION TO DISMISS DEFENDANTS JOAN HILL, SUSAN KRAFT MANN, AND CARMEN SIRIZZOTTI |

This case is before the Court on Plaintiff's Unopposed Motion to Dismiss Defendants Joan Hill, Susan Kraft Mann, and Carmen Sirizzotti. Filing 19. Plaintiff seeks dismissal of these defendants with prejudice. Filing 19 at 1. Plaintiff has filed a Second Amended Complaint that does not name these Defendants. Filing 21. Because Plaintiff's First Amended Complaint, Filing 3, was filed simply to correct the oversight in failing to include a signature on the original Complaint, Filing 1, the Court grants leave to file the Second Amended Complaint because justice so requires. Fed. R. Civ. P. 15(a)(2). Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss Defendants Joan Hill, Susan Kraft Mann, and Carmen Sirizzotti, Filing 19, is granted, and this case is dismissed with prejudice as to Defendants Joan Hill, Susan Kraft Mann, and Carmen Sirizzotti.

Dated this 6th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1