IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LA-SHON L. GEORGE, | ) | |
|     PLAINTIFF | ) | CASE NO. 8:24-cv-0217 |
| | ) | |
| VS. | ) | |
| | ) | PLAINTIFF'S NOTICE OF |
| BOARD OF REGENTS OF THE | ) | SERVING DISCOVERY |
| UNIVERSITY OF NEBRASKA, | ) | REQUESTS TO DEFENDANT |
| JEFF MILLER, LINDA CUNNINGHAM, | ) | |
| AND BRAD FEGLEY, | ) | |
|     DEFENDANTS. | ) | |

    COME NOW the Plaintiff, pursuant to NECivR 33.1 and NECivR 34.1, provides notice to the Court and to Defendants that on March 17, 2025, they served Plaintiff's First Set of Interrogatories to Defendant BRUN, and Plaintiff's First Set of Request for Request for Production of Documents, to Defendants, by sending the same via email, to Defendants, by and through her attorney, Tara A. Stingley, tstingley@clinewilliams.com.

    DATED: March 17, 2025

                                                                                             Respectfully submitted,

                                                                                             ___/s/ John D. Cartier_/s/__

                                                                                             John D. Cartier #26307

                                                                                             Cartier Law, LLC

                                                                                             PO Box 5241

                                                                                             Lincoln, Nebraska 68505

                                                                                             (954) 319-9832

                                                                                             johncartierlaw@gmail.com

**CERTIFICATE OF SERVICE**

    I, John D. Cartier, hereby certify that on this 17th day of March, 2025, I

electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

    Tara A. Stingley
    tstingley@clinewilliams.com

    Sydney M. Huss
    shuss@clinewilliams.com

    Bren H. Chambers
    bchambers@nebraska.edu