IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA-SHON L. GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br>JEFF MILLER, LINDA CUNNINGHAM, and BRAD FEGLEY,<br><br>Defendants. | Case No. 8:24-cv-00217<br><br>DEFENDANTS' NOTICE OF SERVING FIRST SET OF DISCOVERY REQUESTS |

COME NOW Defendants Board of Regents of the University of Nebraska, Jeff Miller, Linda Cunningham, and Brad Fegley, pursuant to NECivR 33.1 and NECivR 34.1 and provide notice to the Court and to Plaintiff that on March 31, 2025, they served their First Set of Interrogatories and First Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

Dated this 31st day of March, 2025.

        BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, JEFF MILLER, LINDA CUNNINGHAM, and BRAD FEGLEY, Defendants

By:   s/ Tara A. Stingley
       Tara A. Stingley (#23243)
       Sydney M. Huss (#26581)
       CLINE WILLIAMS WRIGHT
        JOHNSON & OLDFATHER, L.L.P.
       Sterling Ridge
       12910 Pierce Street, Suite 200
       Omaha, NE 68144
       (402) 397-1700
       tstingley@clinewilliams.com
       shuss@clinewilliams.com

       *- and –*

Bren H. Chambers (#23150)
Interim Vice President and General Counsel
UNIVERSITY OF NEBRASKA
Varner Hall, Room 234
3835 Holdrege Street
Lincoln, Nebraska 68583-0745
(402) 472-1201
bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I, Tara A. Stingley, hereby certify that on March 31, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

John D. Cartier
Cartier Law
PO Box 5241
Lincoln, NE  68505
johncartierlaw@gmail.com
*Counsel for the Plaintiff*

s/ Tara A. Stingley

2