IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA-SHON L. GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br>JEFF MILLER, LINDA CUNNINGHAM, and BRAD FEGLEY,<br><br>Defendants. | Case No. 8:24-cv-00217<br><br><br>DEFENDANTS' NOTICE OF SERVING OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS |

COME NOW Defendants Board of Regents of the University of Nebraska, Jeff Miller, Linda Cunningham, and Brad Fegley, pursuant to NECivR 33.1 and NECivR 34.1, and provide notice to the Court and to Plaintiff that on April 16, 2025, they served Defendants' Objections and Answers to Plaintiff's First Set of Interrogatories and Objections and Responses to Plaintiff's First Set of Requests for Production of Documents by sending the same to Plaintiff, via email, by and through her attorney of record, John D. Cartier at johncartierlaw@gmail.com.

Dated this 16th day of April, 2025.

> BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, JEFF MILLER, LINDA CUNNINGHAM, and BRAD FEGLEY, Defendants
>
> By:  s/ Tara A. Stingley
> Tara A. Stingley (#23243)
> Sydney M. Huss (#26581)
> CLINE WILLIAMS WRIGHT
>  JOHNSON & OLDFATHER, L.L.P.
> Sterling Ridge
> 12910 Pierce Street, Suite 200
> Omaha, NE 68144
> (402) 397-1700
> tstingley@clinewilliams.com
> shuss@clinewilliams.com
>
> *- and –*

>Bren H. Chambers (#23150)
>Interim Vice President and General Counsel
>UNIVERSITY OF NEBRASKA
>Varner Hall, Room 234
>3835 Holdrege Street
>Lincoln, Nebraska 68583-0745
>(402) 472-1201
>bchambers@nebraska.edu

## CERTIFICATE OF SERVICE

I, Tara A. Stingley, hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>John D. Cartier
>Cartier Law
>PO Box 5241
>Lincoln, NE  68505
>johncartierlaw@gmail.com
>*Counsel for the Plaintiff*

>>/s/ Tara A. Stingley