IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA-SHON L. GEORGE,<br>  PLAINTIFF<br><br>VS.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY OF NEBRASKA,<br>JEFF MILLER, LINDA CUNNINGHAM,<br>AND BRAD FEGLEY,<br>  DEFENDANTS. | CASE NO. 8:24-cv-00217 |

## NOTICE OF SERVICE OF ANSWERS AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

  PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff, by and through their undersigned counsel, hereby serves notice that on this May 2, 2025, Plaintiff served their answers and objections to Defendants' First Set of Requests for Interrogatories and Requests for Production of Documents upon the Defendants in the above-captioned action.

        Submitted Respectfully,

        **LA-SHON L. GEORGE, PLAINTIFF,**

      BY: <u>*/s/ John D. Cartier*</u>
        John D. Cartier #26307
        Cartier Law, LLC
        PO Box 5241

1

Lincoln, Nebraska 68505

(954) 319-9832

[johncartierlaw@gmail.com](mailto:johncartierlaw@gmail.com)

**CERTIFICATE OF SERVICE**

      I, John D. Cartier, hereby certify that on this 2nd day of May, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Tara A. Stingley
tstingley@clinewilliams.com

Sydney M. Huss
shuss@clinewilliams.com

Bren H. Chambers
bchambers@nebraska.edu

2