IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA-SHON L. GEORGE,            )<br>    PLAINTIFF          )<br>                              )<br>VS.                           )<br>                              )<br>BOARD OF REGENTS OF THE       )<br>UNIVERSITY OF NEBRASKA,       )<br>    DEFENDANT.         ) | CASE NO. 8:24-cv-0217 |

**NOTICE OF SERVICE OF REVISED DISCOVERY REQUESTS AND FIRST SET OF REQUEST FOR ADMISSIONS TO DEFENDANT BOARD OF REGENTS**

    COMES NOW the Plaintiff, La-Shon L. George, by and through her undersigned counsel, and hereby certifies that on June 26, 2025, she served the following discovery requests upon Defendant Board of Regents of the University of Nebraska:

1. Plaintiff's Revised First Set of Interrogatories to Defendant Board of Regents of the University of Nebraska; and
2. Plaintiff's Revised First Set of Requests for Production of Documents to Defendant Board of Regents of the University of Nebraska.
3. Plaintiff's First Set of Request for Admissions to Defendant Board of Regents of the University of Nebraska.

    Submitted Respectfully,

    **LA-SHON L. GEORGE, PLAINTIFF,**

    BY:   */s/ John D. Cartier*
            John D. Cartier #26307

Cartier Law, LLC

PO Box 5241

Lincoln, Nebraska 68505

(954) 319-9832

[johncartierlaw@gmail.com](mailto:johncartierlaw@gmail.com)

**CERTIFICATE OF SERVICE**

I, John D. Cartier, hereby certify that on this 27th day of June, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Tara A. Stingley
tstingley@clinewilliams.com

Sydney M. Huss
shuss@clinewilliams.com

Bren H. Chambers
bchambers@nebraska.edu

2