## Kayla Hathcote

| | |
|---|---|
| **From:** | Sydney M. Huss <shuss@clinewilliams.com> |
| **Sent:** | Friday, February 27, 2026 2:56 PM |
| **To:** | carson@ned.uscourts.gov |
| **Cc:** | Caitlin Wain; Tara A. Stingley; Bren H. Chambers (bchambers@nebraska.edu); John Cartier |
| **Subject:** | George v. Board of Regents of the University of Nebraska, Case No. 8:24-cv-00217 - Request for Discovery Dispute Conference |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Dear Judge Carson:

On behalf of Defendant Board of Regents of the University of Nebraska, we write to request a brief conference with the Court to discuss a discovery dispute that has arisen between the parties with respect to Plaintiff's Second Set of Requests for Admissions ("RFAs") served on January 29, 2026.

Specifically, on November 11, 2025, the parties filed a Joint Motion to Amend Third Amended Final Progression Order (the "Joint Motion"), to request, in part, to extend the written discovery deadline from December 8, 2025 to March 9, 2026. *[See Filing 70].*

Consistent with conversations between counsel, the Joint Motion reflected the parties' agreement that, in light of Plaintiff's recent amended Complaint, "additional limited written discovery directed at the new claims and allegations set forth in Plaintiff's Third Amended Complaint may be necessary." *[Id. at ? 10].* Accordingly, the parties agreed "each party may serve up to five (5) additional interrogatories and up to five (5) additional requests for production of documents directed at allegations and claims related to Plaintiff's termination from employment." *[Id.].* Notably, the parties did not agree that either party could serve additional requests for admissions after the December 8, 2025 written discovery deadline in the Court's Third Amended Final Progression Order *[Filing 57].*

Despite the parties' agreement with respect to the type, amount, and scope of additional written discovery that could be issued, Plaintiff served her RFAs on January 29, which contained 16 additional requests.

BRUN has requested Plaintiff withdraw the RFAs as untimely. Plaintiff is unwilling to do so.

BRUN respectfully submits that the parties have fully met and conferred on this matter and that additional meet and confer efforts would be futile. Accordingly, BRUN respectfully requests the Court schedule a discovery dispute conference to address this matter.

BRUN's deadline to respond to the RFAs is March 2, 2026. Plaintiff's counsel has confirmed Plaintiff is agreeable to staying BRUN's response deadline pending the Court's ruling on this matter.

Please let us know should you have any questions or require any additional information at this time.

Respectfully submitted,



**SYDNEY M. HUSS** |Partner
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
Sterling Ridge | 12910 Pierce St. Suite 200 | Omaha, NE 68144
Direct: 402.955.2450 | Main: 402.397.1700 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

1

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.