## Kayla Hathcote

| | |
|---|---|
| **From:** | John Cartier <johncartierlaw@gmail.com> |
| **Sent:** | Thursday, January 29, 2026 4:51 PM |
| **To:** | carson@ned.uscourts.gov |
| **Cc:** | Caitlin Wain; Bren H. Chambers (bchambers@nebraska.edu); Tara A. Stingley; Sydney M. Huss |
| **Subject:** | La-Shon L. George v. Board of Regents, Case No. 8:24-cv-00217 – Request for Discovery Conference |

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Carson:

I represent Plaintiff, La-Shon L. George, in the above-referenced matter. Counsel for Defendant, the Board of Regents of the University of Nebraska ("BRUN"), are copied on this email.

A discovery dispute has arisen regarding the temporal and subject-matter scope of BRUN's Human Resources and Employee Relations ("HR/ER") discovery. In particular, BRUN has taken the position that, with limited exceptions, it will search for and produce HR/ER and Angela Hayes materials concerning Ms. George only for the period March 10, 2021 through the date of her termination. BRUN has declined to search for or produce pre-March 10, 2021 HR personnel and ER "case management" files, complaint and investigation records (including those involving supervisors Terry Lilla and Joan Hill), or Angela Hayes notes and communications concerning Ms. George, and has similarly limited the scope of its secondary targeted ESI search and production of discrimination, harassment, and retaliation policies and training materials.

Plaintiff's position is that BRUN must conduct a reasonable search for and produce Ms. George's HR personnel and ER and complaint files, Angela Hayes records, related policies and training materials, and targeted ESI concerning Ms. George within a modestly expanded timeframe that includes pre-March 10, 2021 materials. These issues arise from BRUN's responses and objections to Plaintiff's First and Revised First Sets of Requests for Production and Interrogatories, Plaintiff's request for supplemental responses and a secondary ESI search, and the correspondence exchanged between counsel in September, November, and December 2025 and in early January 2026. The parties have met and conferred on these issues multiple times in writing and by telephone, but we remain at an impasse.

In light of this impasse, I respectfully request a discovery dispute conference and ask the Court to advise as to its preferred procedure, including any position statements or submissions the Court would like in advance of a conference. Subject to the Court's schedule, I have broad availability on February 4, 2026 (except from 2:00 to 3:00 p.m.) and am generally available at any time on February 6, 2026.

Respectfully submitted,

John D. Cartier
Cartier Law
Counsel for Plaintiff, La-Shon L. George

--

Ymj¤sktw¤fyts¤ntsyfrsji¤ns¤ymx¤j2r¤fr¤k¤jxxflj¤x¤snsyjsiji¤tw¤ymj¤ujwxtsf¤fsi¤ntsknijsyrf¤zxj¤tk¤ymj¤jxnlsfyji¤wjhnunjsy-x.¤sfr ji¤ns¤ymj¤fiiwjxx¤gt}3¤Ymnx¤r jxxflj¤f~¤gj¤fyytwsj~2hqnjsy¤htr r zsmfytts3¤fsi¤fx¤xzhm¤nx¤uwn{rqjlji¤fsi¤ntsknijsyrf¤3¤ It¤STY¤ktw|fwi¤ymnx¤r jxxflj¤t¤f~¤ymni¤ufwy~3¤Nk¤ymj¤wjfijw¤tk¤ymnx¤r jxxflj¤x¤sty¤ymj¤nsyjsiji¤wjhnunjsy¤tw¤fljsy¤wjxutsxngqj¤tw¤ijq{jwnl¤nk¤yt¤ymj¤nsyjsiji¤wjhnunjsy-tz¤fwj¤njwjg~¤sty¤knji¤ymf¤tz¤nf{j¤wjhjn{ji¤ymnx¤ithzr jsy¤ns¤jwwtw¤fsi¤ymf¤fs~¤wj{nj|¤inxxjr rsfynts¤inxywngzyts¤tw¤htu~nsl¤tk¤ymnx¤jxxflj¤x¤xywhnyq~¤uwtmrgnyji3¤Nk-tz¤nf{j¤wjhjn{ji¤ymnx¤jxxflj¤ns¤jwwtw¤uqfxj¤sty~-zx¤r r jinfyjq~¤g~¤yjgjumtsj@ijqjyj¤ymnx¤jxxflj¤wtr ¤fqq-tzw¤rqjx¤fsi¤wjyws¤fs~¤uwnsytzyx¤-tz¤r f~¤nf{j¤fij¤t¤zx¤g~¤wjlzqfw¤frng

%

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.